1018

[No. 45411-1-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DELMETRIA A. DURICK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05550-7, Carol A. Schapira, J., entered October 19, 1999. *Remanded* by unpublished per curiam opinion.

[No. 44899-4-I.   Division One.   August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EUGENE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00691-1, Anita Louise Farris, J., entered June 9, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44936-2-I.   Division One.   August 28, 2000.]

DAVID WEISENBURG, ET AL., *Appellants*, v. PETER H. TOWNSEND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-04098-0, Jeanette R. Burrage, J., entered June 21, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.

[Nos. 22787-8-II; 24210-9-II.   Division Two.   September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEROY CUNNINGHAM, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County and an order denying a writ of habeas corpus, Nos. 97-1-00314-7 and 98-2-00914-7, George L. Wood and Kenneth D. Williams, JJ., entered April 17, 1998 and November 23, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.